UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YUSSUF ABDULLE,<br><br>                 Petitioner,<br><br>v.<br><br>JEFFREY A UTTECHT,<br><br>                 Respondent. | CASE NO. C19-37-MJP-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE** |

THE COURT, having considered the stipulated motion to extend the current briefing schedule (Dkt. 11) in this case hereby GRANTS the requested extension.

IT IS ORDERED that briefing schedule be modified as follows:

1. Petitioner shall either file an Amended Petition or notify Respondent that he has determined that he will not do so by July 30, 2019.

2. Respondent shall have 45 days from the date that Petitioner files, or informs of their decision not to file an Amended Petition, to file its Answer, which otherwise shall conform to the provisions of this Court's prior order.

//

//

ORDER GRANTING STIPULATED MOTION
TO EXTEND BRIEFING SCHEDULE - 1

3. Respondent shall note its Answer for the Friday following 45 days after the filing of its Answer. Petitioner's response shall be filed by that noting date.

DATED this 29th day of May, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND BRIEFING SCHEDULE - 2