UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YUSSUF ABDULLE,<br><br>    Petitioner,<br><br>v.<br><br>JEFFREY A. UTTECHT,<br><br>    Respondent. | CASE NO. C19-37-MJP-BAT<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER |

The Court, having considered the Respondent's motion for an extension of time and the records and files herein noting counsel for Mr. Abdulle does not object to the extension, does hereby find and ORDER:

Respondent's motion for an extension of time to September 3, 2019, to file an answer to the habeas corpus petition is GRANTED.

DATED this 22nd day of August, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge

- 1