JUDGE MARSHA J. PECHMAN
MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| YUSSUF ABDULLE, | ) | No. CV 19-0037 MJP-BAT |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING MOTION FOR EXTENSION OF REPLY DUE DATE AND NOTING DATE |
| JEFFREY A. UTTECHT, | ) | |
| Respondent. | ) | |

THE COURT, having considered the unopposed motion to extend Petitioner's due date for his Reply, along with the noting date, and the records and files herein, and noting counsel for the Respondent in this case does not object to the extension, does hereby find and ORDER:

Petitioner's motion for a continuance of the noting date to November 18, 2019 is GRANTED. Petitioner's Reply shall be filed by said noting date.

DATED this 3rd day of October, 2019.

_____
BRIAN A. TSUCHIDA
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ *Alan Zarky*
Staff Attorney, Federal Public Defender
Attorney for Yussuf Abdulle

ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF NOTING DATE
(*Abdulle v. Uttecht;* CV19-0037 MJP-BAT) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710