UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YUSSUF ABDULLE,

                Petitioner,

v.

JEFFREY A. UTTECHT,

                Respondent.

CASE NO. C19-37-MJP-BAT

**ORDER GRANTING MOTION FOR EXTENSION OF REPLY DUE DATE AND NOTING DATE**

THE COURT, having considered the unopposed motion to extend Petitioner's due date for his Reply, along with the noting date, and the records and files herein, and noting counsel for the Respondent in this case does not object to the extension, does hereby find and ORDER:

Petitioner's motion for a continuance of the noting date to December 2, 2019 is GRANTED. Petitioner's Reply shall be filed by said noting date.

DATED this 12th day of November, 2019.

                                      BRIAN A. TSUCHIDA
                                      United States Magistrate Judge

ORDER GRANTING MOTION FOR
EXTENSION OF REPLY DUE DATE AND
NOTING DATE - 1